IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEMETRI LOUIS COOPER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2917

Opinion filed September 22, 2016.

An appeal from an order of the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Demetri Louis Cooper, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.